state defendants actively pursuing federal *habeas corpus* relief from death sentence).

Jurisdiction relinquished.

Justice TODD dissents from that portion of this Order directing that the PCRA court investigate the lawfulness of current counsel's representation, as she maintains the position that any impropriety in the FCDO's representation in state court matters, if appropriately identified, should be dealt with in the normal course of disciplinary proceedings. *See Commonwealth v. Wright*, 621 Pa. 446, 78 A.3d 1070 (2013) (Todd, J., concurring and dissenting).

82 A.3d 942

**Mary DANIEL and Thomas Daniel, Sr., Appellees**

**v.**

**WYETH PHARMACEUTICALS, INC., Wyeth–Ayerst Pharmaceuticals, Inc., Wyeth–Ayerst International, Inc., Wyeth Laboratories, Inc., Wyeth Pharmaceuticals, Division of Wyeth, Division of American Home Products Corp., Wyeth Inc., a/k/a American Home Products Corp., Appellants.**

**Mary Daniel and Thomas Daniel, Sr., Appellees**

**v.**

**Wyeth, Inc., Wyeth Pharmaceuticals, Inc., Wyeth–Ayerst Pharmaceuticals, Inc., Wyeth–Ayerst International, Inc., Wyeth Laboratories, Inc. and Wyeth Pharmaceuticals Division of Wyeth, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 11, 2012.

Decided Dec. 16, 2013.

Sheila L. Birnbaum, Robert C. Heim, Judy L. Leone, Dechert LLP, Philadelphia, for Wyeth Pharmaceuticals, Inc., et al.

Lindsay Dobrzynski Breedlove, Neal Kumar Katyal, Melissa B. Kimmel, Mit Spears, for Pharmaceutical Research and Manufacturers of America, Appellant Amicus Curiae.

Robert Brian Murphy, for the Product Liability Advisory Council, Appellant Amicus Curiae.

Samuel Abloeser, Philadelphia, Howard Jonathan Bashman, Esther Berezofsky, Mark R. Cuker, Philadelphia, William Cuker Berezofsky, Michael J. Quirk, Philadelphia, for Daniel, Mary and Thomas, Sr.

Andre Mura, George Gerasimos Rassias, Schmidt, Kirifides & Fridkin, for Pennsylvania Association for Justice, Appellee Amicus Curiae.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of December, 2013, the appeals are dismissed as having been improvidently granted.